IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT JOE STRANGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-274-D |
| ) | |
| JOE M. ALLBAUGH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Jones recommends a dismissal without prejudice of this action due to Plaintiff's failure to comply with prior orders to pay the filing fee or submit a proper application for leave to proceed *in forma pauperis*, and Plaintiff's failure to prosecute his case.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED in its entirety. This action is DISMISSED without prejudice to the filing of a new action. A separate judgment of dismissal shall be entered.

IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel [Doc. No. 6] is DENIED as moot.

IT IS SO ORDERED this 26th day of June, 2017.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE